TO: LEGAL DEPARTMENT

DATE 11/13/23

TYPE OF NOTICE:

FILED

OFFICIAL DATE/TIME STAMP

LETTER_____

2023 NOV 13  PM 12: 07

CLAIM FORM_____

CITY CLERK
DES MOINES, IA

ORIGINAL NOTICE_X_____
         W/PETITION_____

SUBJECT Brittanie Dowell vs
City of Dsm

OTHER_____

TYPE OF SERVICE:

MAIL_____
POSTMARK DATE_____
ATTACH ENVELOPE

LACL157131

OTHER_____

PERSON SERVED Lyndzy
NAME OF PERSON SERVING AND COMPANY
John Kerr - independent
              contractor

*RETURN COPY TO CITY CLERKS OFFICE

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT, THOMAS GARCIA, ROBIN SWANK, AND NEAL SHAFFER, individually and in their official capacities with the City of Des Moines Police Department,<br><br>        Defendants. | Civil No.: _____<br><br><br>PETITION AT LAW and JURY DEMAND |

**COMES NOW**, the Plaintiff, Brittanie Dowell, and for her Petition at Law and Jury Demand states as follows:

## PARTIES

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

5.    Defendant Neal Shaffer is believed to be a citizen and resident of Iowa and was serving as a City of Des Moines Police Officer at all times relevant to the events complained of herein.

6.    Defendant City of Des Moines is a municipal corporation organized and authorized to operate under the laws of the State of Iowa and is located at 400 Robert D. Ray Drive, Des Moines, Polk County, Iowa 50309. Defendant City is responsible for maintaining and operating the Des Moines Police Department.

## JURISDICTION AND VENUE

7.    Jurisdiction of the District Court is proper pursuant to Iowa Code §602.6101.

8.    All events, actions, injuries, and damages referenced in this Petition

arrest warrant for a parole violation in Dallas County, Iowa.

14.    Officer Garcia commanded Ms. Dowell to step out of the vehicle.

15.    Ms. Dowell, frightened and worried about the situation, requested a supervisor be called to the scene.

16.    Thereafter, Officer Garcia's supervisor, Officer Swank appeared on the scene.

17.    Upon Officer Swank's arrival, Officer Garcia viciously pulled Ms. Dowell out of the vehicle, ripped the phone recording the interaction out of her hand, pulled her hair, shoved Ms. Dowell up against the vehicle's door, and began to wrench her left arm behind her back, all in front of Officer Swank.

18.    At no point did Ms. Dowell resist or attempt to flee with Officer Garcia

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

24.    Upon the conclusion of the pat down, Officer Garcia drug Ms. Dowell away from her vehicle, wrenching her left arm and shoulder, and placed her into Officer Swank's patrol car.

25.    Ms. Dowell requested a Police Sergeant be called to the scene.

26.    Sergeant Jeffrey Dawson of the Des Moines Police Department appeared on scene shortly thereafter.

27.    Officer Swank informed Sergeant Jeffrey Dawson of the situation and informed him that Ms. Dowell had a warrant out for her arrest.

28.    When Ms. Dowell attempted to speak with Sergeant Dawson about her treatment, Sergeant Dawson berated her for not complying quickly enough with Officer Garcia.

E-FILED 2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

arm, for which Ms. Dowell never received any medical attention.

## CAUSES OF ACTION

### COUNT I

### CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C. § 1983
### VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION
### Right to be Free From Unreasonable Seizure by Excessive Force
### *(Against Officer Thomas Garcia)*

34.    Plaintiff repleads each preceding paragraph as if fully set forth herein.

35.    Officer Thomas Garcia is a person for purposes of a Section 1983 action

for damages.

36.    At all times material hereto, Officer Garcia's actions and/or omissions

were made under the color of authority and law as an officer of the City of Des Moines

Police Department.

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

in effectuating his arrest.

42.    Officer Garcia's actions were willful, wanton, unlawful, and in gross disregard of Ms. Dowell's civil rights, justifying an award of punitive damages.

43.    As a direct and proximate result of Officer Garcia's illegal and unjustified conduct, Ms. Dowell was injured and is entitled to recover for what she has suffered in the past and will suffer in the future, including:

a.  Deprivation of her constitutional rights;

b.  Humiliation, degradation, public ridicule, loss of person reputation, and emotional distress;

c.  Actual and Compensatory damages including, but not limited to past, present, and future pain and suffering and medical expenses;

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

c. Physical pain, mental, and emotional distress and suffering including loss of mind and body;

d. Plaintiff's costs, including but not limited to reasonable attorney's fees and costs pursuant to 42 U.S.C. 1988;

e. Punitive damages; and

f. Any other damages allowed by federal or state law or which the Court deems just and equitable.

## COUNT II

### CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C. § 1983
### VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION
### Failure to Intervene
### *(Officers Swank and Shaffer, individually)*

44. Plaintiff repleads each preceding paragraph as if fully set forth herein.

45. Robin Swank is a person for purposes of a Section 1983 action for damages.

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

50.    The failure of Officer Swank and Officer Shaffer to intervene, dissuade, or prevent Officer Garcia from violating Ms. Dowell's rights demonstrated deliberate indifference and wanton and reckless disregard for Ms. Dowell's clearly established constitutional rights, for it was evident and obvious that grabbing Ms. Dowell out of the vehicle, wrenching her left arm to place her in handcuffs, and throwing her to the side of the patrol car was unreasonable under the circumstances.

51.    As such, Officer Swank and Officer Shaffer violated Ms. Dowell's Fourth Amendment right under the United States Constitution to be free from excessive force and unreasonable seizures.

52.    The use of force by Officer Garcia employed against Ms. Dowell was excessive and unreasonable under the circumstances.

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

c. Actual and Compensatory damages including, but not limited to past, present, and future pain and suffering and medical expenses;

d. Punitive damages;

e. All expenses associated with the prosecution of the instant action, including but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest; and

f. Any other expenses allowed by federal or state law, including but not limited to reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

**WHEREFORE**, the Plaintiff, Brittanie Dowell, prays for Judgment against Robin

Swank and Neal Shaffer as follows:

a. Actual, Compensatory, Consequential, and all other allowable damages against Defendant, with interest, in an amount as yet to be determined;

E-FILED 2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

57.    City of Des Moines is a person for purposes of a Section 1983 action for damages.

58.    City of Des Moines was the employer of Chief Wingert, Officer Garcia, Officer Swank, and Officer Shaffer at all times material herein.

59.    Chief Wingert is a person for purposes of a Section 1093 actions for damages.

60.    At all times material hereto, Chief Wingert's actions and/or omissions were made under the color of authority, as Chief of the City of Des Moines Police Department.

61.    The training program for the City of Des Moines Police Officers was not adequate to train officers properly in handling situations similar to the ones described

Police Officers in circumstances such as these, a deprivation of a suspect's constitutional rights arises.

65.    Defendants City of Des Moines and Chief Dana Wingert's failure to adequately train and supervise amounted to deliberate indifference to the fact that potential actions taken by officers could result in the violation of Ms. Dowell's constitutional rights.

66.    The failure to provide adequate training and supervision caused the violation of Ms. Dowell's constitutional rights.

67.    As a result, Ms. Dowell sustained damages and injuries as follows:

    a. Deprivation of her constitutional rights;

    b. Humiliation, degradation, public ridicule, loss of person reputation, and

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

against Defendant, with interest, in an amount as yet to be determined;

b. Compensation for violation of her constitutional rights, humiliation, degradation, public ridicule, loss of personal and professional reputation, and emotional distress;

c. Physical pain, mental, and emotional distress and suffering including loss of mind and body;

d. Plaintiff's costs, including but not limited to reasonable attorney's fees and costs pursuant to 42 U.S.C. 1988;

e. Punitive damages; and

f. Any other damages allowed by federal or state law or which the Court deems just and equitable.

## COUNT IV
### CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C. § 1983
### VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION
### *Monell* Liability Failure to Protect – Excessive Force –

73.     City of Des Moines and Chief Wingert failed to establish and/or maintain and/or enforce policies, patterns, practices, or customs to ensure individuals under arrest and/or in the process of being arrested by City of Des Moines Police Officers are protected from assault and/or injury by officers and their actions/inactions.

74.     Prior to the events herein, City of Des Moines and Chief Wingert deliberately and with reckless disregard for the constitutional rights of citizens failed to establish adequate policies, patterns, practices, or customs for officers as to action to be taken when an individual is interacting with officers, before, during, and after an arrest.

75.     Alternatively, City of Des Moines and Chief Wingert deliberately and

E-FILED 2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

officers, before, during, and after an arrest.

78.     The acts and/or omissions of City of Des Moines and Chief Wingert regarding their officers amounted to deliberate indifference to the rights and safety of citizens – including Ms. Dowell.

79.     The actions and/or omissions of the City of Des Moines and Chief Wingert intruded upon Ms. Dowell's right to protection from harm while being arrested.

80.     As a result, Ms. Dowell sustained damages and injuries as follows:

    a.  Deprivation of her constitutional rights;

    b.  Humiliation, degradation, public ridicule, loss of person reputation, and
       emotional distress;

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

reputation, and emotional distress;

c.  Physical pain, mental, and emotional distress and suffering including loss of mind and body;

d.  Plaintiff's costs, including but not limited to reasonable attorney's fees and costs pursuant to 42 U.S.C. 1988;

e.  Punitive damages; and

f.  Any other damages allowed by federal or state law or which the Court deems just and equitable.

## COUNT V
### NEGLIGENCE
### *(Against Officer Thomas Garcia, Officer Swank, and Officer Shaffer, individually)*

81.  Plaintiff repleads each preceding paragraph as if fully set forth herein.

82.  Thomas Garcia, Robin Swank, and Neal Shaffer owed Ms. Dowell, a duty

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

c.  Past and future medical expenses;

d.  Other financial expenses; and

e.  All expenses associated with the prosecution of the instant action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest as allowed by the statutory or common law of Iowa.

**WHEREFORE**, the Plaintiff, Brittanie Dowell, prays for Judgment against

Thomas Garcia, Robin Swank and Neal Shaffer as follows:

a.  Actual, Compensatory, Consequential, and all other allowable damages against Defendant, with interest, in an amount as yet to be determined;

b.  Compensation for violation of her constitutional rights, humiliation, degradation, public ridicule, loss of personal and professional reputation, and emotional distress;

E-FILED 2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

118. Officer Garcia's acts resulted in injury, physical pain, insulting bodily contact, or offensive bodily contact to Ms. Dowell.

119. Officer Garcia's act was a cause of damages to Ms. Dowell.

120. As a result of the above battery, Ms. Dowell sustained damages and injuries as follows:

> a. Past, present, and future physical, mental, and emotional pain and anguish;
>
> b. Past, present, and future loss of mind and body;
>
> c. Past and future medical expenses;
>
> d. Other financial expenses; and
>
> e. All expenses associated with the prosecution of the instant action, including, but not limited to, court costs, anticipated discovery

E-FILED 2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

89.    Chief Wingert was responsible for the training and supervision of Officer Garcia, Officer Swank and Officer Shaffer.

90.    As Defendants' employer, Defendant City of Des Moines and Chief Wingert have a duty to exercise reasonable care in hiring, retention, and supervision of individuals who, because of their employment, may pose a threat of injury to members of the public.

91.    Defendants City of Des Moines and Chief Wingert knew or should have known of Officer Garcia, Officer Swank and Officer Shaffer's dangerous proclivities and the threat of injury they posed in effectuating their duties.

92.    Defendants City of Des Moines and Chief Wingert breached its duty in the negligent and reckless supervision and retention of Officer Garcia, Officer Swank

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

City of Des Moines and Chief Dana Wingert as follows:

      a. Actual, Compensatory, Consequential, and all other allowable damages against Defendant, with interest, in an amount as yet to be determined;

      b. Compensation for violation of her constitutional rights, humiliation, degradation, public ridicule, loss of personal and professional reputation, and emotional distress;

      c. Plaintiff's costs, including but not limited to reasonable attorney's fees and costs available at common law;

      d. Punitive damages; and

      e. Any other damages allowed by state law or which the Court deems just and equitable.

## COUNT VIII
### RESPONDEAT SUPERIOR
### *(Against City of Des Moines and Chief Wingert)*

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

c.  Past and future medical expenses;

d.  Other financial expenses; and

e.  All expenses associated with the prosecution of the instant action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest as allowed by the statutory or common law of Iowa.

**WHEREFORE**, the Plaintiff, Brittanie Dowell, prays for Judgment against the

City of Des Moines and Chief Dana Wingert as follows:

a.  Actual, Compensatory, Consequential, and all other allowable damages against Defendant, with interest, in an amount as yet to be determined;

b.  Compensation for violation of her constitutional rights, humiliation, degradation, public ridicule, loss of personal and professional reputation, and emotional distress;

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

Facsimile:  (515) 243-3696
Email:    mboles@gbswlaw.com
          awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>            Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT,<br>THOMAS GARCIA, ROBIN SWANK, AND<br>NEAL SHAFFER, individually and in<br>their official capacities with the City of<br>Des Moines Police Department,<br><br>            Defendants. | Civil No.: _____<br><br><br>ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT:    CITY OF DES MOINES

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are Matthew Boles and Adam Witosky **of**

E-FILED  2023 NOV 07 1:30 PM POLK - CLERK OF DISTRICT COURT

## Iowa Judicial Branch

*Case No.*   **LACL157131**

*County*   **Polk**

*Case Title*   BRITTANIE DOWELL VS CITY OF DES MOINES ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT,<br>THOMAS GARCIA, ROBIN SWANK, AND<br>NEAL SHAFFER, individually and in<br>their official capacities with the City of<br>Des Moines Police Department,<br><br>        Defendants. | Civil No.: _____<br><br><br>ORIGINAL NOTICE |

### TO THE ABOVE-NAMED DEFENDANT:    THOMAS GARCIA

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are Matthew Boles and Adam Witosky **of**

E-FILED  2023 NOV 07 1:30 PM POLK - CLERK OF DISTRICT COURT

## Iowa Judicial Branch

*Case No.*  **LACL157131**

*County*  **Polk**

*Case Title*  BRITTANIE DOWELL VS CITY OF DES MOINES ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT, THOMAS GARCIA, ROBIN SWANK, AND NEAL SHAFFER, individually and in their official capacities with the City of Des Moines Police Department,<br><br>　　　　　Defendants. | Civil No.: _____<br><br>ORIGINAL NOTICE |

### TO THE ABOVE-NAMED DEFENDANT:    NEAL SHAFFER

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are Matthew Boles and Adam Witosky **of**

E-FILED  2023 NOV 07 1:30 PM POLK - CLERK OF DISTRICT COURT

## Iowa Judicial Branch

*Case No.* **LACL157131**

*County* **Polk**

*Case Title*   BRITTANIE DOWELL VS CITY OF DES MOINES ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>                    Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT, THOMAS GARCIA, ROBIN SWANK, AND NEAL SHAFFER, individually and in their official capacities with the City of Des Moines Police Department,<br><br>                    Defendants. | Civil No.: _____<br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:     ROBIN SWANK**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are Matthew Boles and Adam Witosky **of**

E-FILED  2023 NOV 07 1:30 PM POLK - CLERK OF DISTRICT COURT

## Iowa Judicial Branch

*Case No.*  **LACL157131**

*County*  **Polk**

*Case Title*  BRITTANIE DOWELL VS CITY OF DES MOINES ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

E-FILED  2023 NOV 07 10:26 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRITTANIE DOWELL,<br>            Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT,<br>THOMAS GARCIA, ROBIN SWANK, AND<br>NEAL SHAFFER, individually and in<br>their official capacities with the City of<br>Des Moines Police Department,<br><br>            Defendants. | Civil No.: _____<br><br><br>ORIGINAL NOTICE |

### TO THE ABOVE-NAMED DEFENDANT:      DANA WINGERT

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are Matthew Boles and Adam Witosky **of**

E-FILED  2023 NOV 07 1:30 PM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACL157131**

*County*  **Polk**

*Case Title*   BRITTANIE DOWELL VS CITY OF DES MOINES ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*