# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **BRITTANIE DOWELL,**<br>　　　　**Plaintiff,**<br><br>vs.<br><br>**CITY OF DES MOINES, DANA WINGERT, THOMAS GARCIA, ROBIN SWANK, AND NEAL SHAFFER,** individually and in their official capacities with the City of Des Moines Police Department,<br><br>　　　　**Defendants.** | Civil No.: 4:23-cv-00467<br><br><br>MOTION TO WITHDRAW COUNSEL UNDER LOCAL RULE 83(d)(6) |

**COME NOW,** the undersigned counsel and for their Motion to Withdraw Counsel Under Local Rule 83(d)(6) states:

1. This case was removed to this Court on November 21, 2023.

2. Trial in this matter is scheduled for March 24, 2025.

3. No motions are pending, though Defendants' counsel has advised they intend to file a Motion for Summary Judgment no later than September 23, 2024.

4. The undersigned seeks to withdraw due to a complete breakdown in communication with Ms. Dowell. Counsel has made numerous attempts to contact her without success. In these attempts, counsel sought to obtain answers to outstanding and overdue discovery requests, but no response has been received.

5. Multiple attempts have been made to contact Ms. Dowell at the phone number she provided. This includes attempting to call on September 11, 2024. These attempts have been unsuccessful and counsel has been unable to leave a message,

with a message stating the number is disconnected.

6. Five letters were sent by first-class mail to Ms. Dowell's last known address. None were returned. Ms. Dowell never responded to any of the letters. Redacted copies of these letters are attached. (Attachment 1.)

7. Undersigned attempted to contact Ms. Dowell through the individual who initially referred Ms. Dowell to them, without success, as shown in the redacted email attached. (Attachment 2.)

8. On September 11, 2024, a letter was sent to Ms. Dowell—by certified mail, return receipt requested—that unless completed discovery responses were received by September 18, 2024, undersigned would seek to withdraw. (Attachment 3.) Delivery of the letter was unsuccessfully attempted on September 13, 2024, as shown in the attached tracking history. (Attachment 4.)

9. Every attempt by counsel to contact Ms. Dowell since May 2024 has been unsuccessful. She has not responded to discovery. Undersigned is unable to prosecute this case due to the communication breakdown.

10. Local Rule 83(d)(6)(B) provides:

> A lawyer who has appeared of record in a case and desires to withdraw from representation of a party is not relieved of his or her duties to the court, to the client, or to opposing counsel until one of the following is satisfied: …(B) the withdrawing lawyer has filed a motion to withdraw with the Clerk of Court, has served the motion on opposing counsel and the client, and has received leave of court to withdraw for good cause shown.

11. Good cause exists where this is "a breakdown in the attorney-client relationship due to a failure of [the party] to communicate with counsel." *Lewis v.*

*Quickflight, Inc.*, No. 4:19-cv-00357, 2021 WL 6618705, *3 (S.D. Iowa April 12, 2021). *See also Stillpass v. Mortgage Financing Planners, LLC*, No. 07-2323, 2009 WL 8531429, *3 (D. Minn. July 17, 2009) (good cause where "evidence overwhelmingly indicates that the plaintiffs failed to respond to [attorney's] repeated attempts at communication[.]").

12. Undersigned has made numerous attempts to reach Ms. Dowell by mail and by phone without success or response. Good cause exists to permit the withdrawal of counsel.

**WHEREFORE,** the undersigned counsel pray this Court grant this Motion to Withdraw Counsel Under Local Rule 86(d)(6)(B).

**BOLES WITOSKY STEWART LAW PLLC**

BY: */s/ Matthew M. Boles*
Matthew M. Boles            AT0001037

BY: */s/ Adam C. Witosky*
Adam C. Witosky             AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email:    mboles@gbswlaw.com
          awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that this instrument was **electronically filed** on CM/ECF on September 18, 2024. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

The undersigned further certifies that the foregoing Motion was served upon the Plaintiff by first class mail and certified mail, return receipt requested, to the last known address on September 18, 2024.

I declare that the statements above are true to the best of my information, knowledge, and belief.

*/s/ Tami Fairchild*