# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

BRITTANIE DOWELL,

        Plaintiff(s),

v.

CITY OF DES MOINES, IOWA, THOMAS GARCIA, ROBIN SWANK, DANA WINGERT, and NEAL SHAFFER, individually and in their official capacities with the City of Des Moines Police Department,

        Defendant(s),

**CIVIL NUMBER: 4:23-cv-00467-SHL-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendants' Motion for Summary Judgment is granted in its entirety. Judgment is entered in favor of Defendants and against Plaintiff.

Date: January 29, 2025

CLERK, U.S. DISTRICT COURT

/s/ M. Mast

By: Deputy Clerk